UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-CV-10014-KING/WHITE

HUMPHREY NASHAMBA KEYONBIE,

    Plaintiff,

vs.

OFFICER MULLIGAN, ET AL.,

    Defendants.

_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE comes before the Court pursuant to Magistrate Judge White's Report and Recommendation (DE #45) in response to Defendants' Joint Motion to Dismiss for Lack of Prosecution (DE #43). No Objections were filed and the time to do so has passed.

The *pro se* Plaintiff filed a complaint against six Officers at Monroe County Jail for excessive force and denial of medical care (DE #1) on February 9, 2009. On March 16, 2009, this Court dismissed Defendants Officer Daniels and Officer Moralez from the case (DE #13). Since then, Plaintiff was transferred to the New River Correctional Institution and has failed to further litigate the case. Plaintiff has failed to respond to several court orders: (i) Order granting Motion to Compel Plaintiff's full and complete responses to Defendants' discovery requests (DE #30) filed on June 24, 2009; (ii) Order to Show Cause (DE #32) filed on July 15, 2009; and (iii) Second Order to Show Cause (DE #39) filed on August 20, 2009. On each occasion, the Plaintiff was cautioned that failure

1

to comply with the Court's Order may result in dismissal of the case.

On October 5, 2009, Defendants filed a Joint Motion to Dismiss for Lack of Prosecution (DE #43) due to Plaintiff's failure to respond to any Court Orders. Judge White reviewed the Motion to Dismiss and issued an Report and Recommendation (DE #45) finding that Plaintiff's failure to further prosecute and respond to the Court's Orders warranted dismissal of the case. This Court concludes that the R&R contains thorough and well reasoned recommendations.

Accordingly, after a *de novo* review, and the Court being otherwise fully advised, it is **ORDERED, ADJUDGED,** and **DECREED** that:

1. Judge White's Report and Recommendation (DE #45) be, and the same, is hereby **AFFIRMED AND ADOPTED** as an Order of this Court.

2. Defendants' Joint Motion to Dismiss for Lack of Prosecution (DE #43) be, and the same, is hereby **GRANTED.**

3. This case is **DISMISSED.**

4. All pending motions are **DENIED** as **MOOT.**

5. The Clerk of the Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers, at Miami, Miami-Dade County, Florida, this 2nd day of November 2009.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

2

**Cc:**
Magistrate Judge P.A. White

**Plaintiff**
Humphrey Nashamba Keyonbie
K06145
New River Correctional Institution
7819 NW 228 Street
Raiford, FL 32026

**Counsel for Defendants**
Adriana Mihaela Jisa
Purdy Jolly Giuffreda & Barranco PA
2455 E Sunrise Boulevard
Suite 1216
Fort Lauderdale, FL 33304

3